IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT EARL ROYSTER,
      Plaintiff,

vs.                             Case No.  3:10cv31/LAC/EMT

SHERIFF DAVID MORGAN, et al.,
      Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 2, 2011 (Doc. 42).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This action is **DISMISSED** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3. The clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 22nd day of March, 2011.


                    s/_L. A. Collier_____
                    **LACEY A. COLLIER**
                    **SENIOR UNITED STATES DISTRICT JUDGE**